IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBBIE D. NELSON,

    Plaintiff,

vs.                        CASE NO.: 1:10cv103-SPM/AK

DAIICHI SANKYO INC.,

    Defendant.
_____/

**ORDER DENYING MOTION TO DISMISS AS MOOT**

After Defendant filed a motion to dismiss the complaint (doc. 6), Plaintiff filed a First Amended Complaint (doc. 12). Accordingly, it is ORDERED AND ADJUDGED that Defendant's motion to dismiss (doc. 6) is DENIED AS MOOT.

DONE AND ORDERED this <u>tenth</u> day of September, 2010.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge